**DENY and Opinion Filed April 24, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00252-CV

## IN RE TAILWIND SPORTS CORP. AND LANCE ARMSTRONG, Relators

**Original Proceeding from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01564**

## MEMORANDUM OPINION
Before Justices FitzGerald, Francis, and Lewis
Opinion by Justice FitzGerald

Relators file this petition for writ of mandamus requesting that the Court direct the trial court to vacate its February 25, 2014 order and instead stay the pending arbitration. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus.

140252F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE